**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION**
**219 SOUTH DEARBORN ST. CHICAGO, IL 60604**

| | |
|---|---|
| IN RE: | ) |
| | ) CASE NO. 04-47335 |
| CONSTRUCTION CONSULTING | ) CHAPTER 7 |
| CORPORATION, | ) HON. MANUEL BARBOSA |
| | ) |
| Debtor. | ) |

**NOTICE OF TRUSTEE'S FINAL REPORT, HEARING**
**ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE**
**ABANDONMENT OF PROPERTY BY THE TRUSTEE**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held:

    At: 100 S. 3rd St., Room 250, Geneva, IL 60134

    On:   March 24, 2011   Time: 10:00 AM

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The trustee's Final Report shows total:

    | | |
    |---|---|
    | Receipts | $ 76,425.51 |
    | Disbursements | $ 75.00 |
    | Net Cash Available for Distribution | $ 76,350.51 |

Page 1

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Roy Safanda, Trustee | $ 0.00 | $ 7,071.28 | $   713.75 |
| Roy Safanda, Attn'y | $ 0.00 | $57,609.99 | $10,455.49 |
| Clerk of the US Bk Ct. | $0.00 | $0.00 | $   500.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| None | $ | $ | $ |

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling the amount of $  413,857.76  , must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be  0   %.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 3 | IL. Dept. of Empl. Sec. | $  45,044.82 | $0.00 |
| 4 | IL. Dept. of Rev. | $  41,090.00 | $0.00 |
| 6 | Dept. of the Treasury | $   1,341.87 | $0.00 |
| 10 | Dept of the Treasury | $326,381.07 | $0.00 |

7. Claims of general unsecured creditors totaling $ 216,465.61   have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 0%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Carpenters Pension Retirement | $ 12,720.00 | 0.00 |
| 2 | Chicago Regional Council | $ 24,612.85 | 0.00 |
| 3 | IL Dept. of Employment Sec. | $ 1,170.00 | 0.00 |
| 5 | St. Paul Travelers | $ 15,550.20 | 0.00 |
| 6 | Dept. of the Treasury | $ 452.40 | 0.00 |
| 7 | AAA Service & Supply, Inc. | $ 31,087.58 | 0.00 |
| 10 | Dept. of the Treasury | $130,872.58 | 0.00 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the court's we site, .ilnb.uscourts.gov. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has not been discharged.

11. The Trustee proposed to abandon the following property at the hearing: None

Dated: _____          For the Court,

                                 By: _____
                                     Kenneth S. Gardner
                                     Clerk of the U.S. Bankruptcy Court
                                     219 S. Dearborn Street, 7th Floor
                                     Chicago, IL  60604

Roy Safanda
Safanda Law Firm
111 East Side Drive
Geneva, IL  60134-2402

(630) 262-1761

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: vbrown                Page 1 of 2                  Date Rcvd: Feb 15, 2011
Case: 04-47335                Form ID: pdf006             Total Noticed: 44

The following entities were noticed by first class mail on Feb 17, 2011.
db            Construction Consulting Corporation,    1532 Marikay Ave,    Aurora, IL 60505-1155
aty          +Gerard C Kepple,    Kepple Law Offices,    2020 Dean Street,    #M1,   St Charles, IL 60174-1665
tr           +Roy Safanda,    Safanda Law Firm,    111 East Side Drive,    Geneva, IL 60134-2402
9624139      +AAA Service & Supply Inc,    6 N River St,    Aurora IL 60506-4108
8803643       Auto Owners,    Chgo & NE Ill Dist Council Of Carpenters,    PO Box 39,    Dundee, IL 60118-0039
8803644       Auto Owners,    600 Tollgate Rd Ste D,    Elgin, IL 60123-9342
8803645      +Baker, Miller, Markoff &Krasny LLC,    Travelers Ins,    29 N Wacker Dr Fl 5TH,
               Chicago, IL 60606-2851
8803651    ++++COMMERICAL RECOVERY CORPORATION,    PO BOX 49421,    MINNEAPOLIS MN 55449-0421
             (address filed with court: Commerical Recovery Corporation,     PO Box 49421,
               Minneapolis, MN 55449-0421)
8903779       Carpenters Pension Retirement,    Savings Funds of Illinois,    C/O Beverly P. Alfon,
               Baum Sigman Auerbach & Neuman, Ltd,    Chicago, IL 60606
8803646       Carpenters Welfare, Pension And,    Retirement Savings Funds Of Illinois,    PO Box 4001,
               Geneva, IL 60134-4001
8803647       Chicago District Council Of Carpenters,    Welfare Fund,    PO Box 94432,    Chicago, IL 60690-4432
8803648       Chicago Regional Council Of,    Caprenters Welfare -Kasper Wiezowaty,    12 E Erie St,
               Chicago, IL 60611-2795
8911806      +Chicago Regional Council of Carpenters,    Bruce C Scalambrino,    33 N Lasalle St Ste 1210,
               Chicago IL 60602-3416
8803649      +Collections Section,    Kimvalyn Miller Dir Of Employment Sec,    33 S State St Fl 10TH,
               Chicago, IL 60603-2803
8803650      +Collections Section,    Director Employment SEcurity,    33 S State St Fl 10TH,
               Chicago, IL 60603-2803
8803652       Cook County Clerk,    Richard J Daley Center,    Room 602,    Chicago, IL 60602
8803653       D&B RMS,   77 Hartland St Ste 401,    PO Box 280410,    East Hartford, CT 06128-0410
8803654       Dennis A Parker, CPA LTD,    5439 W Lawrence Ave,    Chicago, IL 60630-3451
8803656       GC Services Limited Partner Collection,    IDES,    6330 Gulfton St,    Houston, TX 77081-1108
8803657      +Hunt Insurance Agency Inc,    12000 S Harlem Ave,    Palos Heights, IL 60463-1153
8803658       I C System Inc,    Buschback Ins Agency,    PO Box 64437,    Saint Paul, MN 55164-0437
8803659       I.D.E.S.,    Northern Region,    260 E. Indian Trail Rd,    Aurora, IL 60505-1733
8803660       IDES,    Benefit Repayments,    PO Box 19286,    Springfield, IL 62794-9286
9365790      ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
             (address filed with court: Il Dept of Revenue,     Bankruptcy Section Level 7-425,
               Bulk Sales Probate Division,    State of Il center,    100 W Randolph,    Chicago IL 60601)
8803668      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
               PHILADELPHIA PA 19101-7346
             (address filed with court: Department of the Treasury,     Internal Revenue Services,
               230 S Dearborn,    Stop 5016 Chi,    Chicago IL 60604)
8803655      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
               PHILADELPHIA PA 19101-7346
             (address filed with court: Dept Of Treasury,    Irs,    Cincinnati, OH 45999-0001)
8803667      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
               PHILADELPHIA PA 19101-7346
             (address filed with court: IRS,    PO Box 105703,    Atlanta, GA 30348-5703)
8803669      +IRS,    2001 Butterfield Road WSB5337,    Downers Grove, IL 60515-1050
8803661       Il Dept Of Empl Security,    PO Box 803414,    Chicago, IL 60680-3414
8803662       Il Dept Rev,    PO Box 88294,    Chicago, IL 60680-1294
8803663       Illinois Department of Revenue Bankruptcy Section,     P.O. Box 64338,    Chicago, IL 60664-0338
8803642       Law Office Of Gerard Kepple,    Gerard Kepple 03123420,    2020 Dean St Ste M1,
               Saint Charles, IL 60174-1665
8803670       Mark Brengman,    PO Box 4711,    Aurora, IL 60507-4711
8803671       Provena Mercy Center,    75 Remit Dr Ste 1871,    Chicago, IL 60675-0001
8803672       Raymond J. Sanguinetti,    Chgo & NE Il Dist Council Of Carpenters,    2 N La Salle St Ste 1601,
               Chicago, IL 60602-4081
8803673       St. Anthony Med,    Anesthesia Consultants Of India,    1201 S Main St,
               Crown Point, IN 46307-8481
8803674       St. Paul Travelers,    1000 Legion Pl,    Orlando, FL 32801-1058
9438856      +St. Paul Travelers (Invol),    c.o Receivable Management Services,    P.O. Box 5126,
               Timonium, Maryland 21094-5126,    Telephone Number: (410) 453-6585
8803675       State Of Illinois Dept Of Employment Sec,    Northern Region,    260 East Indian Trail Rd,
               Aurora, IL 60505
8803677       State Of Illinois Dept Of Labor,    Claimant :Steven M Brengman,    160 N La Salle St Ste C1300,
               Chicago, IL 60601-3114
8803676       State Of Illinois Dept Of Labor,    Claimant: Mark A. Brengman,    160 N La Salle St Ste C1300,
               Chicago, IL 60601-3114
8803678       Steven Brengman,    1321 Adeline Ct,    Aurora, IL 60505-1101
8803679       The Travelers,    PO Box 42021,    Hazelwood, MO 63042-1021
8803680       Whitfield & McGann,    Carpenters Union,    2 N La Salle St Ste 1601,    Chicago, IL 60602-4081
The following entities were noticed by electronic transmission.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Roy Safanda,    Safanda Law Firm,    111 East Side Drive,    Geneva, IL 60134-2402
aty*         +Roy Safanda,    Safanda Law Firm,    111 East Side Drive,    Geneva, IL 60134-2402
8803641*      Construction Consulting Corporation,    1532 Marikay Ave,    Aurora, IL 60505-1155
8803664*      Illinois Department of Revenue Bankruptcy Section,     P.O. Box 64338,    Chicago, IL 60664-0338
8803665*      Illinois Department of Revenue Bankruptcy Section,     P.O. Box 64338,    Chicago, IL 60664-0338
8803666*      Illinois Department of Revenue Bankruptcy Section,     P.O. Box 64338,    Chicago, IL 60664-0338
                                                                                        TOTALS: 0, * 6, ## 0
```

```
District/off: 0752-1          User: vbrown              Page 2 of 2             Date Rcvd: Feb 15, 2011
Case: 04-47335                Form ID: pdf006           Total Noticed: 44

              ***** BYPASSED RECIPIENTS (continued) *****
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 17, 2011**                    **Signature:**    */s/ Joseph Speetjens*