# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| CONSTRUCTION CONSULTING | § | Case No. 04-47335 |
| CORPORATION | | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Roy Safanda, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $                from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on          .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/Roy Safanda _____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000007B | AAA SERVICE & SUPPLY INC | | | | | |
| 000006B | DEPARTMENT OF THE TREASURY | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000010B | DEPT OF TREASURY | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ROY SAFANDA | | | | | |
| ROY SAFANDA | | | | | |
| INTER. SUR. | | | | | |
| CLERK OF THE US BANKRUPTCY COURT | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000009 | MARK BRENGMAN | | | | | |
| 000008 | STEVEN BRENGMAN | | | | | |
| 000006C | DEPARTMENT OF THE TREASURY | | | | | |
| 000010C | DEPT OF TREASURY | | | | | |
| 000003B | IL DEPT OF EMPL SECURITY | | | | | |
| 000004 | IL DEPT OF REVENUE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Auto Owners 600 Tollgate Rd Ste D Elgin, IL 60123-9342 | | | | | |
| | Auto Owners Chgo & NE Ill Dist Council of Carpenters PO Box 39 Dunde,, IL 60118-0039 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Baker, Miller, Markoff & Krasny LLC Travelers Inx 29 N Wacker Dr Fl 5th Chicago, IL 60606-3221 | | | | | |
| | Carpenters Welfare, Pension and Retirement Savings Funds of Illinois PO Box 4001 Geneva, IL 60134-4001 | | | | | |
| | Chicago District Council of Carpenters Welfare Fund PO Box 94432 Chicago, IL 60690-4432 | | | | | |
| | Chicago District Council of Carpenters Welfare Fund PO Box 94432 Chicago, IL 60690-4432 | | | | | |
| | Chicago Regional Council of Carpenters Welfare - Kasper Wiezowaty 12 E Erie St Chicago, IL 60611-2795 | | | | | |
| | Collections Section Director Employment Security 33 S State St Fl 10th Chicago, IL 60603-2802 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Collections Section Kimvalyn Miller Dir of Employment Sec 33 S State St Fl 10th Chicago, IL 60603-2802 | | | | | |
| | Commerical Recovery Corporation PO Box 49421 Minneapolis, MN 55449-0421 | | | | | |
| | D&B RMS 77 Hartland St Ste 401 PO Box 280410 East Hartford, CT 06128-0410 | | | | | |
| | Dennis A Parker, CPA LTD 5439 W Lawrence Ave Chicago, IL 60630-3451 | | | | | |
| | Dept of Treasury IRS Cincinnati, OH 45999-0001 | | | | | |
| | GC Services Limited Partner Collection IDES 6330 Gulfton St Houston, TX 77081-1108 | | | | | |
| | Hunt Insurance Agency Inc 12000 S Harlem Ave Palos Heights,IL 60463-1141 | | | | | |
| | I.D.E.S. Northern Region 260 E. Indian Train Rd Aurora, IL 60505-1733 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | IC System Inc Buschback Ins Agency PO Box 64437 Saint Paul, MN 55164-0437 | | | | | |
| | IL Dept Rev PO Box 88294 Chicago, IL 60680-1294 | | | | | |
| | IL Dept of Empl Security PO Box 803414 Chicago, IL 60680-3414 | | | | | |
| | IRS 2001 Butterfield Road WSB5337 Downers Grove, IL 60515 | | | | | |
| | IRS 230 S Dearborn St Chicago, IL 60604-1505 | | | | | |
| | IRS PO Box 105703 Atlanta, GA 30348-5703 | | | | | |
| | Illinois Department of Revenue 245 W Roosevelt Rd Ste 28 Bldg 4 West Chicago, IL 60185-4806 | | | | | |
| | Illinois Dept of Revenue PO Box 19035 Springfield, IL 62794-9035 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Dept of Revenue PO Box 19468 Springfield, IL 62794-9468 | | | | | |
| | Illinois Dept of Revenue PO Box 19468 Springfield, IL 62794-9466 | | | | | |
| | Illinois Dept of Revenue PO Box 88294 Chicago, IL 60680-1294 | | | | | |
| | Mark Brengman PO Box 4711 Aurora, IL 60507-4711 | | | | | |
| | Provena Mercy Center 75 Remit Dr Ste 1871 Chicago, IL 60675-0001 | | | | | |
| | Provena Mercy Center 75 Remit Dr Ste 1871 Chicago, IL 60675-0001 | | | | | |
| | Raymond J. Sanguinetti Chgo & NE IL Dist Council of Carpenters 2 N LaSalle St Ste 1601 Chicago, IL 60602-4081 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | St. Anthony Med Anesthesia Consultants of India 1201 S Main St Crown Point, IN 46307-8481 | | | | | |
| | State of Illinois Dept of Employment Sec Northern Region 260 East Indian Trail Rd Aurora, IL 60505 | | | | | |
| | State of Illinois Dept of Employment Sec Northern Region 260 East Indian Trail Rd Aurora, IL 60505 | | | | | |
| | State of Illinois Dept of Labor Claimant: Mark A. Bregnman 160 N LaSalle St Ste C1300 Chicago, IL 60601-3114 | | | | | |
| | State of Illinois Dept of Labor Claimant: Steven M Brengman 160 N LaSalle St Ste C1300 Chicago, IL 60601-3114 | | | | | |
| | Steven Brengman 1321 Adeline Ct Aurora, IL 60505-1101 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | The Travelers PO Box 42021 Hazelwood, MO 63042-1021 | | | | | |
| | The Travelers PO Box 42021 Hazelwood, MO 63042-1021 | | | | | |
| | Whitfield & McGann Carpenters Union 2 N LaSalle St Ste 1601 Chicago, IL 60602-4081 | | | | | |
| 000007A | AAA SERVICE & SUPPLY INC | | | | | |
| 000001 | CARPENTERS PENSION RETIREMENT | | | | | |
| 000002 | CHICAGO REGIONAL COUNCIL OF CARPENT | | | | | |
| 000006A | DEPARTMENT OF THE TREASURY | | | | | |
| 000003A | IL DEPT OF EMPL SECURITY | | | | | |
| 000005 | ST. PAUL TRAVELERS (INVOL) | | | | | |
| 000010A | DEPT OF TREASURY | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:   1

| | | |
|---|---|---|
| Case No: | 04-47335   MB   Judge: Manuel Barbosa | Trustee Name:   Roy Safanda |
| Case Name: | CONSTRUCTION CONSULTING CORPORATION | Date Filed (f) or Converted (c):   12/27/04 (f) |
| | | 341(a) Meeting Date:   01/24/05 |
| For Period Ending:  06/02/11 | | Claims Bar Date:   08/04/05 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property<br>Abandoned<br>OA=554(a) Abandon<br>DA=554(c) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. Adv. V. Old 2nd  (u) | 0.00 | 45,000.00 | | 75,000.00 | FA |
| 2. Adv. V. Biris (u) | 0.00 | 0.00 | | 1,000.00 | FA |
| 3. Interest (u) | Unknown | N/A | | 425.51 | Unknown |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $0.00 | $45,000.00 | | $76,425.51 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 01/01/08      Current Projected Date of Final Report (TFR): 01/01/08

FORM 2                                                                              Page:   1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 04-47335  -MB | |
| Case Name: | CONSTRUCTION CONSULTING CORPORATION | |
| Taxpayer ID No: | *******1795 | |
| For Period Ending: | 06/02/11 | |

| | |
|---|---|
| Trustee Name: | Roy Safanda |
| Bank Name: | Old Second National Bank |
| Account Number / CD #: | *******7497  Checking Account |
| Old Account #'s: | 1: *******7497    2: |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 08/26/09 | 1 | Old 2nd NB | Settle | | | 1121-000 | 5,000.00 | | 5,000.00 |
| 02/10/10 | 001001 | Inter. Sur. | Bond Premium | | | 2300-000 | | 75.00 | 4,925.00 |
| 02/12/10 | 2 | Biris | Settle | | | 1121-000 | 1,000.00 | | 5,925.00 |
| 12/08/10 | | Old 2nd NB | Redeem MM | | | 9999-000 | 70,425.51 | | 76,350.51 |
| 04/01/11 | 001002 | Roy Safanda | | | | | | 75,850.51 | 500.00 |
| | | | Fees | 64,681.27 | | 2100-000 | | | |
| | | | Expenses | 11,169.24 | | 2200-000 | | | |
| 04/01/11 | 001003 | Clerk of the US Bankruptcy Court | | | | 2700-000 | | 500.00 | 0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | 76,425.51 | 76,425.51 | 0.00 |
| Less:  Bank Transfers/CD's | 70,425.51 | 0.00 | |
| Subtotal | 6,000.00 | 76,425.51 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 6,000.00 | 76,425.51 | |

|  | Page Subtotals | 76,425.51 | 76,425.51 |
|---|---|---|---|

Ver: 16.02b

Page: 2

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 04-47335  -MB | | Trustee Name: | Roy Safanda |
| Case Name: | CONSTRUCTION CONSULTING CORPORATION | | Bank Name: | Old Second National Bank |
| | | | Account Number / CD #: | *******7505  Money Market Account |
| | | | Old Account #'s: | 1: *******7505    2: |
| Taxpayer ID No: | *******1795 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| For Period Ending: | 06/02/11 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/29/09 | 1 | Old 2nd NB | Settle | 1121-000 | 70,000.00 | | 70,000.00 |
| 08/31/09 | 3 | Old Second National Bank | Interest | 1270-000 | 4.21 | | 70,004.21 |
| 09/30/09 | 3 | Old Second National Bank | Interest | 1270-000 | 31.65 | | 70,035.86 |
| 10/31/09 | 3 | Old Second National Bank | Interest | 1270-000 | 33.77 | | 70,069.63 |
| 11/30/09 | 3 | Old Second National Bank | Interest | 1270-000 | 30.62 | | 70,100.25 |
| 12/31/09 | 3 | Old Second National Bank | Interest | 1270-000 | 32.75 | | 70,133.00 |
| 01/31/10 | 3 | Old Second National Bank | Interest | 1270-000 | 32.76 | | 70,165.76 |
| 02/28/10 | 3 | Old Second National Bank | Interest | 1270-000 | 29.60 | | 70,195.36 |
| 03/31/10 | 3 | Old Second National Bank | Interest | 1270-000 | 32.79 | | 70,228.15 |
| 04/30/10 | 3 | Old Second National Bank | Interest | 1270-000 | 33.86 | | 70,262.01 |
| 05/31/10 | 3 | Old Second National Bank | Interest | 1270-000 | 30.71 | | 70,292.72 |
| 06/30/10 | 3 | Old Second National Bank | Interest | 1270-000 | 31.77 | | 70,324.49 |
| 07/31/10 | 3 | Old Second National Bank | Interest | 1270-000 | 31.02 | | 70,355.51 |
| 08/31/10 | 3 | Old Second National Bank | Interest | 1270-000 | 17.35 | | 70,372.86 |
| 09/30/10 | 3 | Old Second National Bank | Interest | 1270-000 | 17.35 | | 70,390.21 |
| 10/31/10 | 3 | Old Second National Bank | Interest | 1270-000 | 17.94 | | 70,408.15 |
| 11/30/10 | 3 | Old Second National Bank | Interest | 1270-000 | 17.36 | | 70,425.51 |
| 12/08/10 | 000101 | Old 2nd NB | Trans. To Checking | 9999-000 | | 70,425.51 | 0.00 |

| | | Page Subtotals | 70,425.51 | 70,425.51 |
|---|---|---|---|---|

Ver: 16.02b

FORM 2

Page:   3

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: | 04-47335  -MB | |
| Case Name: | CONSTRUCTION CONSULTING CORPORATION | |
| | | |
| Taxpayer ID No: | *******1795 | |
| For Period Ending: | 06/02/11 | |

| | |
|---|---|
| Trustee Name: | Roy Safanda |
| Bank Name: | Old Second National Bank |
| Account Number / CD #: | *******7505  Money Market Account |
| | *******7505 |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 70,425.51 | 70,425.51 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 70,425.51 | |
| | | | Subtotal | | 70,425.51 | 0.00 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 70,425.51 | 0.00 | |

Page Subtotals                          0.00                     0.00

Ver: 16.02b

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 15)*

FORM 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page:    4

Exhibit 9

| | | |
|---|---|---|
| Case No: | 04-47335 -MB | |
| Case Name: | CONSTRUCTION CONSULTING CORPORATION | |
| Taxpayer ID No: | *******1795 | |
| For Period Ending: | 06/02/11 | |

| | |
|---|---|
| Trustee Name: | Roy Safanda |
| Bank Name: | Capital One |
| Account Number / CD #: | *******7129  Money Market Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

Page Subtotals                0.00                0.00

Ver: 16.02b

FORM 2                                                                              Page:   5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                  Exhibit 9

| Case No: | 04-47335  -MB | | Trustee Name: | Roy Safanda |
| Case Name: | CONSTRUCTION CONSULTING CORPORATION | | Bank Name: | Capital One |
| | | | Account Number / CD #: | *******7137  Checking Account |
| Taxpayer ID No: | *******1795 | | | |
| For Period Ending: | 06/02/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

| | | | COLUMN TOTALS | | 0.00 | 0.00 | 0.00 |
|---|---|---|---|---|---|---|---|
| | | | Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 0.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - *******7497 | 6,000.00 | 76,425.51 | 0.00 |
| Money Market Account - ********7505 | 70,425.51 | 0.00 | 0.00 |
| Money Market Account - ********7129 | 0.00 | 0.00 | 0.00 |
| Checking Account - ********7137 | 0.00 | 0.00 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 76,425.51 | 76,425.51 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                                           0.00            0.00

Ver: 16.02b